UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JESSICA DUPART, ET AL.                                    CIVIL ACTION

VERSUS                                                    NO. 20-1406

RODNEY J. ROUSSELL, ET AL.                                SECTION "R" (5)

## ORDER AND REASONS

Plaintiffs move for a temporary restraining order, as well as preliminary and permanent injunctive relief.[1] The motion is denied. Federal Rule of Civil Procedure 65 requires a satisfactory explanation of why relief should be granted without notice, and plaintiffs have not satisfied this requirement. *See* Fed. R. Civ. P. 65(b)(1). Further, the Court finds that it must hear from defendants in order to determine whether the requisites for Rule 65 relief have been satisfied. The Court shall set a status conference for the purpose of setting a hearing on a preliminary injunction by separate order.

New Orleans, Louisiana, this 14th day of May, 2020.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. 8.